[No. 25245-1-III.   Division Three.   May 22, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES DANIEL CANNON, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 05-1-00186-5, Allen Nielson, J., entered May 9, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis, J., and Kato, J. Pro Tem.

[No. 25329-5-III.   Division Three.   May 22, 2007.]

GOLRIZ N. AMIRI, *Appellant*, v. CENTRAL WASHINGTON FAMILY MEDICINE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 05-2-03191-2, Susan L. Hahn, J., entered May 26, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ.

[No. 56452-8-I.   Division One.   May 29, 2007.]

DARRELL C. HAYES, *Appellant*, v. DORIS A. COLLINSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-28320-7, Carol A. Schapira, J., entered June 13, 2005. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Baker, J., concurred in by Cox, J.; Dwyer, J., dissenting in part.

[No. 56904-0-I.   Division One.   May 29, 2007.]

RICHARD J. KELLEY ET AL., *Appellants*, v. ROGER ANDERSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-36129-0, Julie Spector, J., entered July 19, 2005. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Coleman and Becker, JJ.